**FILED**

**January 25, 2022**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

HENRY DWIGHT WILLIAMS

NO. 3:22-MJ-69-BK

## MOTION FOR PRETRIAL DETENTION AND TO CONTINUE DETENTION HEARING

The United States moves for pre-trial detention of defendant, **Henry Dwight Williams**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156);

_____ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

_____ Felony, with two prior convictions in above categories

  X   Serious risk defendant will flee

  X   Serious risk obstruction of justice

_____ Felony involving a minor victim

  X   Felony involving a firearm, destructive device, or any other dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Pretrial Detention and to Continue Detention Hearing - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

<u>  X  </u> Defendant's appearance as required

<u>  X  </u> Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug

offense or firearms offense,

_____ Probable cause to believe defendant committed a federal crime of

terrorism, 18 U.S.C. § 2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving

a minor, 18 U.S.C. §§ 1201, 2251

_____ Previous conviction for "eligible" offense committed while on

pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

_____ At first appearance

<u>  X  </u> After continuance of <u>  3  </u> days (not more than 3).

**Motion for Pretrial Detention and to Continue Detention Hearing - Page 2**

DATED this __25th__ day of January, 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


 /s/ *Joseph A. Magliolo*
JOSEPH A. MAGLIOLO
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: 214-659-8736
Fax: 214-659-8805
Email: joseph.magliolo@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the

defendant in accordance with the Federal Rules of Criminal Procedure on the 25th day of

January, 2022.


 /s/ *Joseph A. Magliolo*
JOSEPH A. MAGLIOLO
Assistant United States Attorney

**Motion for Pretrial Detention and to Continue Detention Hearing - Page 3**